ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY shy    DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMANDO HERNANDEZ, JR., | Case No. CV 14-01398 AN |
| Petitioner, | JUDGMENT |
| v. | |
| JIM McDONALD, warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: March 6, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE